ACCEPTED
03-14-00495-CR
3785264
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 2:54:54 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00495-CR

IN THE

COURT OF APPEALS

THIRD JUDICIAL DISTRICT

AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/16/2015 10:39:00 AM
JEFFREY D. KYLE
Clerk

---

ISAAC BENAVIDEZ. APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

STATE'S BRIEF

---

Appeal from the 21st Judicial District Court
Bastrop County, Texas
Honorable Christopher D. Duggan
Cause Number 15266 Counts One and Three

---

Bryan Goertz
Criminal District Attorney

Philip L Hall, Assistant
Criminal District Attorney
Bastrop County, Texas
804 Pecan Street
Bastrop , Texas 78602
State Bar Number 00787626
Phone (512) 581-4016
Fax (512) 581-7133

ORAL ARGUMENT NOT REQUESTED

## IDENTITY OF THE PARTIES

Appellant:        Isaac Benavidez

Appellant's Attorney at trial:    Justin M. Fohn
             State Bar Number 24054404
             807 Pecan Street
             Bastrop, Texas 78602

Appellant's Attorney for appeal:   Dal Ruggles
             State Bar Number 24041834
             1103 Nueces Street
             Austin, Texas 78701

State's Attorney:       Bryan Goertz
             State Bar Number 00784138
             Criminal District Attorney
             Bastrop County, Texas

             Valerie Bullock, Assistant
             State Bar Number  50511722

             Kristin Burns Metcalf, Assistant
             State Bar Number 24056654

             Philip L. Hall, Assistant
             State Bar Number 00787626

             Criminal District Attorney's Office
             Bastrop County, Texas
             804 Pecan Street
             Bastrop, Texas 78602

Presiding Judge at trial:     Honorable Christopher D. Duggan
             423rd Judicial District Court
             Bastrop County, Texas
             804 Pecan Street
             Bastrop, Texas 78602

# TABLE OF CONTENTS

PAGE

IDENTITY OF THE PARTIES.................................................................. i

TABLE OF CONTENTS......................................................................... ii

TABLE OF AUTHORITIES .................................................................. iii

STATEMENT OF THE CASE .................................................................. 1

STATE'S ISSUE ..................................................................................... 3

**The State agrees that no meritorious ground of error exists and that this appeal is frivolous.**

NATURE OF APPEAL ............................................................................ 4

STATE'S ISSUE ..................................................................................... 4

PRAYER................................................................................................. 5

CERTIFICATE OF COMPLIANCE........................................................ 6

CERTIFICATE OF SERVICE ................................................................ 7

## TABLE OF AUTHORITIES

PAGE

CASES

Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) ........... 4

Gainous v. State, 436 S.W.2d 137 (Tex.Crim.App. 1969) ...................................... 4

High v. State, 573 S.W.2d 807 (Tex.Crim.App. 1978) ............................................ 4

Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988) ................... 4

Stafford v. State, 813 S.W.2d 503 (Tex.Crim.App. 1991) ...................................... 5

TEXAS RULES OF APPELLANT PROCEDURE

Rule 9.4 (e) .............................................................................................................. 6

Rule 9.4 (i)(3) .......................................................................................................... 6

NO. 03-14-00495-CR

IN THE COURT OF APPEALS

THIRD JUDICIAL DISTRICT

AT AUSTIN, TEXAS

---

ISAAC BENAVIDEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

TO THE HONORABLE COURT OF APPEALS:

The State of Texas respectfully submits this State's Brief in support of the appellant's convictions for the offense of Injury to a Child in Bastrop County, Texas.

## STATEMENT OF THE CASE

On June 4, 2013, a Bastrop County grand jury indicted the appellant for the offenses of Injury to a Child committed on or about January 1, 2013 in Cause Number 15266 Counts One, Two and Three in the 21st Judicial District Court. (CR 1, page 4 – 5) On January 28, 2014, the state and the appellant came to an agreement in this cause. (CR 2, page 211 – 218 and page 229 - 237) On January 28, 2014, the court accepted the agreement. The court found the appellant guilty in Count One and sentenced the appellant to ten years in the Texas Department of Criminal Justice. The court suspended the sentence and placed the appellant on community supervision for ten years. (CR 2, page 219 – 223) The court dismissed

Count Two. (CR 2, page 229)   The court found the appellant guilty in Count Three and sentenced the appellant to ten years in the Texas Department of Criminal Justice.   The court suspended the sentence and placed the appellant on community supervision for ten years.   (CR 2, page 238 – 242)   On April 8, 2014, the state filed a motion to adjudicate the guilt of the appellant in Count One and Count Three. (CR, page 257 – 262)   On May 27, the state filed an amended motion to revoke in each count.   On July 28, 2014, in Count One, the court heard the allegations in the motion to revoke, found five allegations true, revoked the appellant's community supervision, and sentenced the appellant to ten years in the Texas Department of Criminal Justice.   (CR 2, page 265 – 267)   On July 28, 2014, in Count Three, the court heard the allegations in the motion to revoke, found four allegations true, revoked the appellant's community supervision, and sentenced the appellant to ten years in the Texas Department of Criminal Justice.   (CR 2, page 274 – 276)   The appellant now appeals.

## STATE'S ISSUE

**The State agrees that no meritorious ground of error exists and that this appeal is frivolous.**

## NATURE OF APPEAL

The appellant's appeal is frivolous and the appellant's counsel has filed a brief which, in the State's opinion, is in accordance with <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); <u>High v. State</u>, 573 S.W.2d 807 (Tex.Crim.App. 1978); and <u>Gainous v. State</u>, 436 S.W.2d 137 (Tex.Crim.App. 1969).

## STATE'S ISSUE

**THE STATE AGREES THAT NO MERITORIOUS GROUND OF ERROR EXISTS AND THAT THIS APPEAL IS FRIVOLOUS.**

**ARGUMENT AND AUTHORITIES**

The State agrees with appellant's attorney that the record discloses no meritorious or arguable error upon which this Court may grant relief.

The appellant's attorney has properly examined the record and complied with the requirements outlined by <u>Penson v. Ohio</u>, 488 U.S. 75, 80, 109 S.Ct. 346, 350, 102 L.Ed.2d 300, ___ (1988) and <u>High v. State</u>, 573 S.W.2d at 813. The brief filed by the appellant's counsel details the proceedings contained in the record. The brief submitted is evidence of a conscientious examination of the record by the appellant's counsel as required by the United States Supreme Court. <u>Anders</u>, 386 U.S. at 744, 87 S.Ct. at 1400, 18 L.Ed.2d at ___; <u>Penson</u>, 488 U.S. at 80, 109 S.Ct. at 350, 102 L.Ed.2d at ___. The State agrees with the brief's analysis of the facts and proceedings, and the conclusion that this appeal is frivolous.

4

In the event the appellant files a pro se brief, the State requests a reasonable time to respond by way of supplemental brief. Absent a pro se brief by the appellant, or upon the expiration of such time as the court may allow the appellant to file, the State respectfully requests this Honorable Court to determine that this appeal is wholly frivolous and to affirm the appellant's convictions.

If, however, this Court determines that issues need to be briefed more thoroughly, the State asks the Court to appoint new counsel and to allow the State the opportunity to respond to any further briefing. Stafford v. State, 813 S.W.2d 503, 511 (Tex.Crim.App. 1991).

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, the State prays this court to find that this appeal is frivolous and affirm the appellant's convictions.

Respectfully Submitted,

/s/ Philip L. Hall
Philip L. Hall
Criminal District Attorney's Office
Bastrop County Texas
804 Pecan Street
Bastrop, Texas 78602
State Bar Number 00787626
Phone:  512 581-7125
Fax:  512 581-7133
phil.hall@co.bastrop.tx.us

**CERTIFICATE OF COMPLIANCE**

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), the State certifies that the length of this brief is 882 words. Pursuant to Texas Rule of Appellate Procedure 9.4(e), the State certifies that a conventional typeface 14-point was used to generate this brief.

/s/ Philip L. Hall
Philip L. Hall

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the State's Reply to the Appellant's Anders Brief was mailed to Dal Ruggles, 1103 Nueces Street, Austin, Texas 78701, counsel for the appellant, by certified mail on January 15, 2015.

/s/ Philip L. Hall
Philip L. Hall